Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
NOV 20 2007
CLERK ... DISTRICT COURT
... PENNSYLVANIA

**U.S.A. vs. JARROD KENNETH ADAMS**  Docket No. 04-00018-001 ERIE

### Petition on Probation

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jarrod Kenneth Adams, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 30th day of November 2004, who fixed the period of supervision at three years' probation and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not illegally possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic drug tests thereafter. Further, the defendant shall be required to contribute to the cost of services for any such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.
- The defendant shall be placed on home detention for a period of 4 months, to commence within 30 days of the judgment order.
- The defendant shall pay to the United States a special assessment of $100.

11-30-04:    Selling Counterfeit United States Obligations; Sentenced to 3 years' probation; Currently supervised by U.S. Probation Officer David J. Conde.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the releasee has violated the following conditions of his probation:

**The defendant shall not commit another federal, state, or local crime.**

**The defendant shall not illegally possess a firearm or destructive device.**

**The defendant shall not illegally possess a controlled substance.**

**The defendant shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

U.S.A. vs. Jarrod Kenneth Adams
Docket No. 04-00018-001 Erie
Page 2

On October 13, 2007, Mr. Adams was charged by the Erie Police Department with Receiving Stolen Property. The criminal complaint alleges that Mr. Adams purchased, for $750, a Cobray, 9-millimeter pistol, knowing that the weapon had been stolen. A search warrant was executed for Mr. Adams' residence, and the following items were recovered: 9-millimeter round, gun cleaning kit, bulletproof vest, and a quantity of cocaine and marijuana. The seized drugs were weighed and analyzed by the Pennsylvania States Police Regional Laboratory, and the quantity was 0.82 grams of cocaine and 107 grams of marijuana. On October 18, 2007, Mr. Adams was questioned regarding the information received from the police. Mr. Adams denied purchasing a handgun and indicated that the drugs found in his residence were not his, and they belonged to a friend.

PRAYING THAT THE COURT WILL ORDER that the probationer appear in Federal Court, Court Room A., U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 15, 2007

_____
David J. Conde
U.S. Probation Officer

_____
Gerald R. Bubar
Supervising U.S. Probation Officer

Place:   Erie, PA