**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CR No.1:04-18 |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **JARROD K. ADAMS** | ) |

**PRAECIPE TO ENTER AN APPEARANCE**

Please enter my appearance on behalf of the defendant, Jarrod K. Adams, regarding the above captioned matter.

**MELARAGNO & PLACIDI**

**s/ Gene P. Placidi, Esquire**
Gene P. Placidi, Esquire
30331
502 West 7th Street
Erie, PA 16502
814-459-5557
814-459-6778 (fax)