**F I L E D**

Prob 12
(Rev 3/88)

**JAN 1 7 2008**

# UNITED STATES DISTRICT COURT
### For The
## WESTERN DISTRICT OF PENNSYLVANIA

⋯ CJ COURT
⋯ SYLVAN⋯

## U.S.A. vs. JARROD KENNETH ADAMS

**Docket No. 04-00018-001 ERIE**

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jarrod Kenneth Adams, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 30th day of November 2004, who fixed the period of supervision at three years' probation and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not illegally possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic drug tests thereafter. Further, the defendant shall be required to contribute to the cost of services for any such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.
- The defendant shall be placed on home detention for a period of 4 months, to commence within 30 days of the judgment order.
- The defendant shall pay to the United States a special assessment of $100.

11-30-04:    Selling Counterfeit United States Obligations; Sentenced to 3 years' probation; Currently supervised by U.S. Probation Officer David J. Conde.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On November 21, 2007, the Court signed a petition scheduling a show cause hearing for January 22, 2008, based on the information that Mr. Adams had been charged with Receiving Stolen Property; was in possession of a firearm, cocaine, and marijuana; and was associating with a person engaged in criminal activity. The Probation Office has determined that the criminal charge was withdrawn on December 6, 2007, and there is no need to proceed forward. It should be noted that Mr. Adams sentence of probation was originally scheduled to expire on November 30, 2007.

U.S.A. vs. JARROD KENNETH ADAMS
Docket No. 04-00018-001 ERIE
Page 2

PRAYING THAT THE COURT WILL ORDER that the previously signed petition be withdrawn, the show cause
hearing scheduled for January 22, 2008, be cancelled, and the case be closed.

I declare under penalty of perjury that the
foregoing is true and correct.

ORDER OF COURT

Considered and ordered this **22nd** day of
**January** , 20**08** and ordered filed and made
a part of the records in the above case.

Senior U.S. District Judge

Executed
on                    January 17, 2008

David J. Conde
U.S. Probation Officer

Gerald R. Buban
Supervising U.S. Probation Officer

Place:        Erie, PA